# EXHIBIT A

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOES 1-90, ) <br> ) <br> Defendant(s). ) <br> ) <br> _____ ) | **No. C-11-03825 HRL** <br><br> **DECLARATION OF BRETT L. GIBBS** |

**DECLARATION OF BRETT L. GIBBS**

I, Brett L. Gibbs, declare as follows:

1. I am an attorney at law licensed to practice in California, and admitted in the Northern District of California. My business address is 38 Miller Avenue, #263, Mill Valley, CA, 94941. I am counsel of record for Plaintiff in this matter.

2. Per Northern District of California Civil Local Rule (hereinafter "L.R.") 16-9(a), counsel for Plaintiff submits this Declaration to notify the Court that, despite reasonable efforts, Plaintiff's counsel was unable to obtain a Joint Case Management Conference Statement (hereinafter "Joint Statement") in this case.

3. As lead counsel for Plaintiff, I was not able to obtain a Joint Case Management Conference Statement for the simple reason that, at this stage, there are no other parties named in this case.

4. Understanding the Court's firm deadlines, I proceeded to file a Case Management Conference Statement on behalf of Plaintiff.

5. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

**DATED: October 10, 2011**

By: \_\_\_\_/s/ Brett L. Gibbs,_____