\*\* **E-filed October 17, 2011** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., <br><br> Plaintiffs, <br> v. <br> DOES 1-90, <br><br> Defendants. <br>_____/ | No. C11-3825 HRL <br><br> **ORDER SETTING HEARING ON PLAINTIFF'S EX PARTE APPLICATION AND VACATING INITIAL CASE MANAGEMENT CONFERENCE** <br><br> **[Re: Docket No. 6, 8]** |

It is hereby ordered that plaintiff shall appear for a hearing on its Ex Parte Application for Leave to Take Expedited Discovery on **Tuesday, November 29, 2011 at 10:00 a.m. in Courtroom 2, Fifth Floor, 280 South 1st St., San Jose, CA**. Plaintiff shall submit supplemental briefing by November 22, 2011 on the following issues: (1) the date(s) and time(s) when the IP address(es) associated with each Doe defendant appeared in the relevant Bit Torrent swarm(s); (2) to what extent IP addresses provide approximate or likely geographic locations for subscribers, and plaintiff's understanding of the approximate or likely location(s) of each Doe defendant based on their respective IP addresses; and (3) specifically, how plaintiff intends to proceed if it does obtain the names and addresses of the ISP subscribers associated with each IP address if the limited discovery requested is permitted.

On September 27, 2011, Plaintiff filed a Motion to Continue the Initial Case Management Conference, which was originally scheduled for October 18, 2011. In light of the court's decision to

hold a hearing on plaintiff's Ex Parte Application, the Case Management Conference is VACATED and will be rescheduled as necessary by the court.

**IT IS SO ORDERED.**

Dated: October 17, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-03825 HRL Notice will be electronically mailed to:**

Brett Langdon Gibbs      blgibbs@wefightpiracy.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**