UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date: November 29, 2011            Time in Court: 55 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:** Hard Drive Productions, Inc.-v-Does 1-90
**CASE NUMBER**: 5:11-cv-03825-HRL
Plaintiff Attorney present: Brett Gibbs
Defendant Attorney present: No Appearance

**PROCEEDINGS: Motion Hearing**

Counsel present arguments. Matter is taken under submission. Court to issue written ruling.