Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOES 1-90, ) <br> ) <br> Defendants. ) <br> _____ ) | No. C-11-3825 HRL <br><br> SUPPLEMENTAL DECLARATION OF BRETT L. GIBBS SUPPORTING PLAINTIFF'S APRIL 16, 2012 MOTION |

I, Brett L. Gibbs, declare as follows:

1. I am an attorney at law licensed to practice in California, and admitted in the Northern District of California. My business address is 38 Miller Avenue, #263, Mill Valley, CA, 94941. I am counsel of record for Plaintiff in this matter.

2. On April 17, 2012, and April 24, 2012, I received anonymous emails from an individual with the email address: john.johnson@hush.com. I do not know a John Johnson. On information and belief, this name was a pseudonym and sent by an individual who obtained my name and email address from a Court pleading. A true and correct copy of those emails are attached hereto as Exhibit A.

3. Before then, and since then, I have received more of these types of emails from other anonymous and unknown individuals usually using the monikers "John [Something]."

4. While I am not certain why people want me dead, I do believe it has to do with my attempts at trying to use legal means to defend the copyrights of my clients, such as Hard Drive Productions, Inc.

5. To the extent, if any, that the conclusions in the Court's Order Denying Application For Leave to Take Expedited Discovery and Severing Does 2-90, as well as other decisions, have been based on sympathy for the "defenseless" infringers, I would only point out that I, my colleagues, our clients and family members of all have received some combination of death threats (or threats of other forms of violence), identify theft and other similar forms of socially-dysfunctional behavior. I understand that individuals engaged in illegal activity would rather not have their identities revealed, and the attached communications are a small sample of the character of the individuals who have the moral standing to outright steal from our clients. I would argue that the Court's sympathy towards these individuals is misdirected. It is my clients whose livelihoods are being threatened by the untoward acts of infrginers.

6. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

DATED: April 25, 2012

By: \_\_\_\_/s/ Brett L. Gibbs_____